UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EDWARD DABNEY (#210594)**                                        **CIVIL ACTION**

**VERSUS**

**22-910-JWD-SDJ**

**SECRETARY JAMES LEBLANC, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 6, 2023 (Doc. 7), to which no objection was filed,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 4) is granted, in part, dismissing Plaintiff's § 1983 claims against Defendant LeBlanc, with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction and that Plaintiff's state law claims are remanded to the 20th Judicial District Court for the Parish of West Feliciana.

Signed in Baton Rouge, Louisiana, on August 8, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**